# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1149
Lower Tribunal No. 2024-CC-009192

_____

DIANA VIDA and DANIEL VIDA,

Appellants,

v.

GRASSY SPRAIN GROUP, INC.,

Appellee.

_____

Appeal from the County Court for Polk County.
Rachelle E. Williamson, Judge.

March 17, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and PRATT, JJ., concur.


Diana Vida, Mucuripe, Fortaleza, CE Brazil, and Daniel Vida, Cesario Lange, SP Brazil, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED